UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| XUJUN WANG, | ) | Case No. 5:26-cv-01028-MWF-JDE |
|---|---|---|
| Petitioner, | ) ) ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) ) ) | |
| FERETI SEMAIA, et al., | ) ) | |
| Respondents. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); Respondents' Answer to the Petition (Dkt. 16); the Report and Recommendation of the magistrate judge (Dkt. 18); and Petitioner's Objections to the Report (Dkt. 19). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered dismissing the Petition without prejudice.

Dated: April 28, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge